UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> J2 GLOBAL, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Defendants. | CASE NO. 5:12-cv-03434 RMW <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Because of the court's pending order on j2's motion to dismiss, the court continues the case management conference set for January 11, 2013, until February 8, 2013, at 10:30 AM.

DATED:  January 10, 2013

*Ronald M. Whyte*
Ronald M. Whyte
United States District Judge

1