# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> J2 GLOBAL, INC. AND ADVANCED MESSAGING TECHNOLOGIES, INC., <br><br> Defendants. | Case No. 12-CV-03434- RMW <br><br> [] ORDER CONTINUING MEDIATION SESSION |

This matter is before the Court on the parties' Stipulation and Agreed Order Continuing Mediation Session. The Court, having considered the parties' Stipulation, finds good cause in support thereof.

Accordingly, it is hereby ORDERED:

The Stipulation is GRANTED.

1. The deadline to conduct the mediation session in the above-referenced matter is continued to May 13, 2013 without prejudice to requesting that the Court consider a further stipulation should the parties deem a further extension beneficial for the prospects of settlement; and

2. The Case Management Conference presently set for March 8, 2013 at 10:30 a.m. stands.

Dated: _____, 2013

_Ronald M. Whyte_
Hon. Ronald M. Whyte
United States District Judge