UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INTEGRATED GLOBAL CONCEPTS, INC.<br><br>Plaintiff,<br><br>v.<br><br>j2 GLOBAL, INC. and ADVANCED MESSAGING TECHNOLOGIES, INC.<br><br>Defendants. | Case No. C-12-03434-RMW<br><br>**SCHEDULING ORDER**<br><br>[Re: Docket No. 47] |

The previously filed scheduling order, Dkt. No. 64, was filed in error. It should be disregarded. The correct scheduling order is as follows.

A further case management conference was held in this case on July 26, 2013. The court made the following orders:

1. The contract interpretation issue is bifurcated and will be tried before other issues. The court confirmed that such limited bifurcation is what it previously had intended and that it did not intend to bifurcate any issues other than the interpretation issue.

2. Integrated Global Concepts, Inc. ("IGC") may move for the court to reconsider its bifurcation order set forth in 1 above and argue that the court should bifurcate all contract issues and not just the interpretation issue.

SCHEDULING ORDER
Case No. C-12-3434-RMW
SW

- 1 -

1      3. j2 Global, Inc. may move to strike IGC's jury demand.

2      4. The motions referenced in 2 and 3 above are set for hearing on September 27, 2013, at 9:00 a.m. Briefing shall be in accordance with the timing and other requirements of Civil Local Rules 7-1 through 7-6.

5      5. The court adopts the parties' agreed upon schedule leading up to the trial of the contractual interpretation issue, as modified, specifically:

| | |
|---|---|
| Close of Fact Discovery: | December 2, 2013 |
| Deadline to File Dispositive Motions: | December 16, 2013 |
| Deadline to Oppose Dispositive Motions: | January 16, 2014 |
| Reply Deadline for Dispositive Motions: | January 27, 2014 |
| Hearing on Dispositive Motions: | February 7, 2014 |
| Pretrial Conference: | Thursday, April 3, 2014 at 2:00 p.m. |
| Trial on Contract Interpretation Issue: | Monday, April 21, 2014 at 1:30 p.m. |

    6. Discovery is stayed on all issues other than contractual interpretation until the court decides the issue or further order of the court, whichever first occurs.

Dated: August 1, 2013

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

**United States District Court**
For the Northern District of California